# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| SANDRA SINFONTE SOTOLONGO, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) Case No.: 7:19-cv-00864-ACA-HNJ |
| PATRICIA A. BRADLEY, | ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on September 23, 2019, recommending this action be dismissed without prejudice for lack of prosecution due to the petitioner's failure to notify the court of her current address. (Doc. 8). Although the magistrate judge advised the petitioner of her right to file specific written objections within fourteen (14) days, no objections have been received by the court, and the plaintiff has not provided the court with a current address or otherwise filed a response.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, this action is due to be dismissed without prejudice for lack of prosecution.

The court will enter an order consistent with this memorandum opinion.

**DONE** and **ORDERED** this October 25, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE